Opinion issued April 10, 2008








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00748-CV

____________


CURTIS HOLCOMB AND DONNA HOLCOMB, Appellants


V.


GALVESTON BLEAK HOUSE REALTY, Appellee






On Appeal from the County Court at Law No. 1

Galveston County, Texas

Trial Court Cause No. 57404






MEMORANDUM OPINION

 Appellee, Galveston Bleak House Realty, Inc., has filed its fourth motion to
dismiss appeal. Appellants, Curtis Holcomb and Donna Holcomb, have filed no
response. In the motion, appellee requests that appellants appeal be dismissed
because after the granting of two motions to extend time to file their brief, appellants
have failed for the third time to file their brief, the latest deadline being February 18,
2008.

 We grant appellees fourth motion to dismiss the appeal. Tex. R. App. P.
38.8(a)(1).

PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Higley.